UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

CIVIL MINUTES - GENERAL

CASE NO.   4:11cv144-SA-JMV                    PLACE HELD -  Greenville

COFFEE v. CARROLL COUNTY, MS

DATE & TIME BEGUN/ENDED:  9/14/2012 @ 10:00 a.m. - 12:30 p.m.

Total Time - 2 Hours 30 min.

PRESENT:        Honorable Jane M. Virden, U.S. Magistrate Judge

**Attorney(s) for plaintiff(s)**          **Attorney(s) for defendant(s)**
Edward Blackmon                           Saundra Strong

**PROCEEDINGS:  Settlement Conference**

**Docket Entry:** Conference recessed but will conclude by 5:00 p.m. on Monday, 9/17/2012.  An announcement as to whether settlement has been achieved will be made at that time.

                        **DAVID CREWS, CLERK**

                        **By:** ____/s/ Dean Dacus_____
                                **Courtroom Deputy**