**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**ALBERT COFFEE**                                                                              **PLAINTIFF**

**VS.**                                   **CIVIL ACTION NO. 4:11CV00144(SA)(JMV)**

**CARROLL COUNTY, MISSISSIPPI,**
**BY AND THROUGH ITS BOARD OF SUPERVISORS;**
**CARROLL COUNTY SHERIFF JERRY CARTER,**
**IN HIS INDIVIDUAL CAPACITY AND JOHN DOES 1-10**                **DEFENDANTS**


**ODESSA WILLIAMS AND MARY WILLIAMS**                                 **PLAINTIFFS**

**VS.**                                   **CIVIL ACTION NO. 4:11CV00145(SA)(JMV)**

**CARROLL COUNTY, MISSISSIPPI,**
**BY AND THROUGH ITS BOARD OF SUPERVISORS,**
**CARROLL COUNTY SHERIFF JERRY CARTER,**
**IN HIS INDIVIDUAL CAPACITY AND JOHN DOES 1-10**                **DEFENDANTS**

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED, pursuant to Rule 41(a)(1)(ii), that the above-entitled

actions, Civil Action No. 4:11cv00144(SA)(JMV) and Civil Action No.

4:11cv00145(SA)(JMV), may be dismissed with prejudice, pursuant to the terms of a Release of

Claims and Settlement Agreement entered into between the Parties, which Agreement includes

full provisions for any and all claims of attorneys' fees and costs arising in this action.  The

Parties further agree that based on the foregoing Stipulation, the Court may enter an Order

dismissing these causes with prejudice.

Respectfully submitted,


*/s/ Edward Blackmon, Jr.*
EDWARD BLACKMON, JR.
Attorney for Plaintiffs

*/s/ Gary E. Friedman*
GARY E. FRIEDMAN
G. TODD BUTLER
Attorneys for Defendants